## (November 18, 1976)

■ Lois J. McANDREW, Appellant, v MICHAEL J. CODD, as Police Commissioner of the New York City Police Department and as Chairman of the Board of Trustees, Police Pension Fund, et al., Respondents,—Judgment, Supreme Court, New York County, entered on December 12, 1975, unanimously affirmed, without costs and without disbursements, on the authority of *Matter of Talamo v Murphy* (38 NY2d 637, affg 46 AD2d 853). Concur—Stevens, P. J., Kupferman, Lupiano, Lane and Lynch, JJ.